COUNTY OF ERIE, Respondent, v M/A-COM, INC., et al., Defendants, and KEVIN J. COMERFORD, Appellant.

Submitted July 22, 2013; decided October 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.